Argued and submitted April 16, 1999, affirmed May 17, 2000

In the Matter of the Compensation of
Jennifer A. Bradley, Claimant.

Jennifer A. BRADLEY,
*Petitioner,*

*v.*

POZZI WOOD WINDOWS,
*Respondent.*

(WCB 95-10232, 95-09669; CA A103638)

999 P2d 1216

Christine Jensen argued the cause for petitioner. With her on the brief was Malagon, Moore & Jensen.

Scott H. Terrall argued the cause for respondent. With him on the brief was Scott H. Terrall & Associates.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *SAIF v. Avery*, 167 Or App 327, 999 P2d 1216 (2000).